**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CAROLYN BEDSAUL CROTTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-04-1505-M |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 22, 2005, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation [docket no. 24] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of Defendant Commissioner of Social Security Administration's ("Commissioner") final decision denying Plaintiff's application for disability insurance benefits and supplemental security income benefits. Magistrate Judge Purcell recommends that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by October 12, 2005. Plaintiff timely filed her objections.

In her objections Plaintiff asserts that the Magistrate Judge failed to apply the correct legal standards, improperly relied on post hoc arguments to correct flaws with the Administrative Law Judge's ("ALJ") findings, and failed to apply the harmless error rule as set forth in case law. Plaintiff further contends that the Magistrate Judge did not properly analyze her argument that the ALJ erred by failing to discuss or explain the weight given to most of the medical opinions in the record. Having carefully reviewed the record, and particularly the ALJ's decision, together with the Report and Recommendation, and Plaintiff's objections, the Court finds that the Report and Recommendation accurately states the relevant law, fairly represents the facts contained in the

administrative record, and correctly analyzes the interconnection between the two. Additionally, the Court finds that the Magistrate Judge applied the correct legal standards, did not improperly rely on post hoc arguments to correct various flaws in the ALJ's findings, properly applied the harmless error rule, and properly analyzed all of Plaintiff's arguments. The Court further finds, for the reasons set forth in the Report and Recommendation, that the decision of the Commissioner should be affirmed.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Purcell on September 22, 2005;

(2) AFFIRMS the Commissioner's denial of Plaintiff's application for both disability insurance benefits, and supplemental security income benefits; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

**IT IS SO ORDERED this 8th day of November, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE